FILED

08/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0055

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0055

_____

RYAN JONES,

       Plaintiff and Appellant,

    v.

MONTANA STATE UNIVERSITY, a Unit of the
Montana University System & Subdivision of the
State of Montana,

       Defendant and Appellee.

_____

O R D E R

Appellant Ryan Jones, by counsel, has filed a motion for a 7-day extension of time within which to file his reply brief.

IT IS HEREBY ORDERED that motion is GRANTED. Appellant's reply brief shall be filed on or before August 31, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 20 2020